**Order entered October 12, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00681-CV

### RAUL NANEZ RAMIREZ, Appellant

### V.

### EZRA CLIFTON WELCH, Appellee

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-01851**

## ORDER

The Court **GRANTS** appellant's October 10, 2016 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/ CRAIG STODDART
   JUSTICE